AO 91 (Rev 8/01)    Criminal Complaint

# United States District Court

**SOUTHERN** **DISTRICT OF** **TEXAS**
McALLEN DIVISION

United States District Court
Southern District of Texas

JAN 2 2 2015

David J. Bradley, Clerk

UNITED STATES OF AMERICA
V.
Cristian Estrada-Santamaria
A087 511 844
AKA:

IAE   YOB:   1985
the United Mexican States
(Name and Address of Defendant)

## CRIMINAL COMPLAINT

Case Number:   M-15-0077-M

I, the undersigned complainant being duly sworn state the following is true and correct to the best of my knowledge and belief. On or about __January 20, 2015__ in __Hidalgo__ County, in the __Southern__ District of __Texas__

(Track Statutory Language of Offense)

being then and there an alien who had previously been deported from the United States to the United Mexican States in pursuance of law, and thereafter was found near Hidalgo, Texas, within the Southern District of Texas, the Attorney General of the United States and/or the Secretary of Homeland Security, not theretofore having consented to a reapplication by the defendant for admission into the United States;

in violation of Title __8__ United States Code, Section(s) __1326__ (Felony)

I further state that I am a(n) **Senior Patrol Agent** and that this complaint is based on the following facts:

Cristian Estrada-Santamaria was encountered by Border Patrol Agents near Hidalgo, Texas on January 20, 2015. The investigating agent established that the Defendant was an undocumented alien and requested record checks. The Defendant claims to have illegally entered the United States on January 20, 2015, near Hidalgo, Texas. Record checks revealed the Defendant was formally Deported/Excluded from the United States on September 18, 2014, through Laredo, Texas. Prior to Deportation/Exclusion the Defendant was instructed not to return to the United States without permission from the U.S. Attorney General and/or the Secretary of Homeland Security. On September 23, 2010, the defendant was convicted of Trafficking in Cocaine and sentenced to fifteen (15) years confinement and five (5) years probation.

Continued on the attached sheet and made a part of this complaint:   ☐ Yes   ☒ No

approved by
AUSA KCH

Sworn to before me and subscribed in my presence,

**January 22, 2015**

Signature of Complainant
Eduardo Cortez    Senior Patrol Agent

**Peter E. Ormsby** , U.S. Magistrate Judge
Name and Title of Judicial Officer

Signature of Judicial Officer